Christopher M. Schierloh (CS-6644)
CASEY & BARNETT, LLC
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF NORTH
AMERICA a/s/o HERMAN MILLER INC.

                Plaintiff,

    - against -

MEDITERRANEAN SHIPPING COMPANY S.A.

               Defendants.
------------------------------------------------------------------X

2007 Civ.

**FRCP Rule 7.1**
**DISCLOSURE STATEMENT**

NOW comes plaintiff, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA a/s/o HERMAN MILLER INC., and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1.

ACE LIMITED is the publicly traded parent company of INDEMNITY INSURANCE COMPANY OF NORTH AMERICA. HERMAN MILLER INC. is a publicly traded company (HLMR).

Dated: New York, New York
       September 20, 2007

                                            Casey & Barnett, LLC
                                            Attorneys for Plaintiff

                                        By: _____
                                            Christopher M. Schierloh (CS-6644)
                                            317 Madison Avenue, 21st Floor
                                            New York, New York 10017
                                            (212) 286-0225